UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OMNI FINANCIAL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL PETROLEUM, LLC, et al.,<br><br>Defendants. | Case No. 19-cv-00031-BLF<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR ENTRY OF JUDGMENT AGAINST DEFENDANTS GLOBAL PETROLEUM, LLC AND SUZETTE JEREZ PURSUANT TO STIPULATION AND ORDER**<br><br>[Re: ECF 27] |

On January 2, 2019, Plaintiff Omni Financial, LLC ("Omni") filed this action against Defendants Global Petroleum, LLC ("Global"), Suzette Jerez ("Jerez"), Edward Forte ("Forte"), and Precise Construction & Dismantlement Systems, Inc. ("Precise"). Compl., ECF 1.

Omni thereafter entered into a Stipulation for Entry of Judgment upon Default ("Stipulation") with Defendants Global and Jerez only, providing for settlement of the action under the conditions that Defendants Global and Jerez would: (a) provide Omni with proof of funds on or before February 8, 2019; (b) provide Omni with certain documents on or before February 8, 2019; (c) make a first payment to Omni in the amount of $1,500,000 on or before February 18, 2019; (d) make a second payment to Omni in the amount of $500,000 on or before April 18, 2019; and (e) make a third payment to Omni in the amount of $500,000 on or before June 18, 2019. *See* Stipulation p. 5 ¶ 4, ECF 20. The parties stipulated that in the event Defendants Global and Jerez defaulted on any of the above obligations, Omni would be entitled to enter judgment against Defendants Global and Jerez on an ex parte basis in the amount of the outstanding payments due plus reasonable attorneys' fees and costs incurred in prosecuting the action or enforcing the Stipulation. Stipulation p. 6 ¶ 6, ECF 20. The Court approved the

1  Stipulation in an order issued February 5, 2019.  *See* Order Approving Stipulation, ECF 21.

2  On February 15, 2019 and February 19, 2019, Omni submitted an ex parte application for entry of judgment and supporting documentation, asserting that Defendants Global and Jerez have defaulted on their obligations under the Stipulation.  *See* Ex Parte Application, ECF 27; Suppl. Decl. of Matthew G. Backowski, ECF 28.  Omni provides evidence that Defendants Global and Jerez neither provided required documents by February 8, 2019, nor made their first payment of $1,500,000 by February 18, 2019.  *See* Backowski Decl. ¶¶ 6-8, ECF 27-3; Supplemental Backowski Decl. ¶¶ 4-6, ECF 28.  Omni therefore seeks, under the terms of the Stipulation approved by the Court, a default judgment against Defendants Global and Jerez in the amount of $2,500,000 plus reasonable attorneys' fees and costs.

Omni seeks attorneys' fees in the amount of $33,331.25 and costs in the amount of $1,052.49, for a total award of attorneys' fees and costs in the amount of $34,383.74.  Omni's fees and costs are documented in the declaration Omni's counsel, Matthew G. Backowski.  *See* Backowski Decl., ECF 27-3.  The Court finds the rates charged by Mr. Backowski ($300 per hour), his associate Stephanie Kokka ($150 per hour), and his paralegal Conni Youngman ($125 per hour) to be reasonable.  *See* Backowski Decl. ¶ 11.  The Court also finds the 154.9 hours expended on this action, which are documented by task and billing rate, to be reasonable.  *See* Backowski Decl. Exh. C.  The Court notes that the parties' Stipulation, as approved by the Court, provides for an award of reasonable attorneys' fees and costs incurred in litigating the action as a whole, including enforcing the Stipulation and/or resulting Judgment.  *See* Order Approving Stipulation p. 6 ¶ 9, ECF 21.

Accordingly, the Court GRANTS Omni's ex parte application for entry of judgment.  The Court will issue a Judgment Pursuant to Stipulation and Order in the amount of $2,534,383.74 concurrently with the present order.

IT IS SO ORDERED.

Dated: February 27, 2019

_____
BETH LABSON FREEMAN
United States District Judge