POWELL SLATER, LLP
7522 N. Colonial Avenue, Suite 100
Fresno, California 93711

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

* * *

| | |
|---|---|
| OMNI FINANCIAL, LLC, a California limited liability company, | Case No. 5-19-cv-00031-BLF |
| Plaintiff, | **JUDGMENT PURSUANT TO STIPULATION AND ORDER** |
| vs. | |
| GLOBAL PETROLEUM, LLC, a Minnesota limited liability company; SUZETTE JEREZ, aka SUZETTE JEREZ-NEAL, an individual; EDWARD FORTE, individually and as Trustee of the FORTE FAMILY TRUST; PRECISE CONSTRUCTION & DISMANTLEMENT SYSTEMS, INC., dba PRECISE CONSTRUCTION, an Illinois corporation; and DOES 1-10, inclusive, | **[Cal. Code Civ. Pro. §664.6]** |
| Defendants. | |

/////

/////

/////

/////

/////

POWELL SLATER, LLP
7522 N. Colonial Avenue, Suite 100
Fresno, California 93711

On the basis of the Stipulation and Order for Entry of Judgment entered into by and between OMNI FINANCIAL, LLC, a California limited liability company ("OMNI FINANCIAL"), and defendants GLOBAL PETROLEUM, LLC, a Minnesota limited liability company ("GLOBAL PETROLEUM"), and SUZETTE JEREZ, also known as SUZETTE JEREZ-NEAL, an individual ("SUZETTE JEREZ"), and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. Judgment is hereby entered in favor of OMNI FINANCIAL, and against defendants GLOBAL PETROLEUM and SUZETTE JEREZ, jointly and severally, in the sum of $2,500,000.00, plus attorneys' fees and costs in the sum of $34,383.74, for a total judgment of $2,534,383.74;

2. Upon entry of the Stipulated Judgment, interest shall accrue at the statutory rate of 10.0% per annum; and

3. This Court shall retain jurisdiction to enforce the terms of the Stipulation and this Stipulated Judgment entered into between the parties.

**IT IS SO ORDERED.**

Dated: February 27, 2019.

_____
BETH LABSON FREEMAN
United States District Judge