# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| OMNI FINANCIAL, LLC,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>GLOBAL PETROLEUM, LLC, a Minnesota limited liability company; SUZETTE JEREZ, aka SUZETTE JEREZ-NEAL; EDWARD FORTE, Individually and as Trustee of the Forte Family Trust; and PRECISE CONSTRUCTION & DISMANTLEMENT SYSTEMS, INC., an Illinois corporation doing business as PRECISE CONSTRUCTION,<br><br>　　　　　Defendants. | Case No. 19-cv-00031-BLF<br><br>**AMENDED DEFAULT JUDGMENT AGAINST EDWARD FORTE AND PRECISE CONSTRUCTION & DISMANTLEMENT** |

Plaintiff Omni Financial LLC's motion for default judgment having been granted as against Defendants Edward Forte, Individually and as Trustee of the Forte Family Trust, and Precise Construction & Dismantlement Systems, Inc., an Illinois corporation doing business as Precise Construction,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Plaintiff Omni Financial LLC and against Defendants Edward Forte, Individually and as Trustee of the Forte Family Trust, and Precise Construction & Dismantlement Systems, Inc., an Illinois corporation doing business as Precise Construction, jointly and severally, in the amount of $1,375,000, plus reasonable attorneys' fees and costs in the amount of $16,697.74, for a total judgment in the amount of $1,391,697.74. Upon entry of this Amended Default Judgment, interest shall accrue at the rate specified in 28 U.S.C. § 1961.

Dated: November 14, 2019

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge